```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 17-00664-JJT
Sean Conrad Kritzinger                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AGarner    Page 1 of 1    Date Rcvd: Aug 14, 2017
                 Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db          +Sean Conrad Kritzinger,    270 Sand Ridge Road,    New Bern, NC 28560-9626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Jill M. Spott    on behalf of Debtor Sean Conrad Kritzinger jspottesq@sheilslaw.com,
          psheldon@sheilslaw.com
         Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
          RA-occbankruptcy6@state.pa.us
         Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William Edward Miller    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
          Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                      TOTAL: 7

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| In Re:<br>    Sean C. Kritzinger<br>       Debtor<br>--------------------------------------<br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>          Movant<br>v.<br><br>Sean C. Kritzinger<br>       Debtor<br><br>          Respondent | Chapter 13<br><br>Case Number: 17-00664-JJT |

## ORDER

AND NOW, this 14th day of August, 2017, upon the motion of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("New Penn Financial, LLC") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, New Penn Financial, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 229 OWL HOLLOW DRIVE A/K/A 229 OWL HOLLOW ROAD, TANNERSVILLE, PA 18372-7790

Dated: August 14, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)