IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Sean Conrad Kritzinger | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Toyota Motor Credit Corporation | : | NO. 17-00664 JJT |
| Moving Party | : | |
| | : | |
| vs. | : | |
| | : | |
| Sean Conrad Kritzinger | : | |
| Debtor | : | |
| | : | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esq. | : | |
| Trustee | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES, Sean Conrad Kritzinger, Debtor, by and through his attorneys, Sheils Law Associates, P.C., and answers the Motion of Toyota Motor Credit Corporation for Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor's car payment is $381.00 a month and upon information and belief, Debtor owes for the months of July and September. By way of further answer, the August payment was made on August 14, 2017.

7. Denied. Upon information and belief, Debtor owes $762.00 for the months of July and September.

8. (a) Denied. After reasonable investigation, Debtor is without sufficient knowledge or information to form a belief as to the truth of the averment in Movant's paragraph eight (a) and strict proof thereof is demanded.

(b) Denied. After reasonable investigation, Debtor is without sufficient knowledge or information to form a belief as to the truth of the averment in Movant's paragraph eight (b) and strict proof thereof is demanded.

9. Denied. After reasonable investigation, Debtor is without sufficient knowledge or information to form a belief as to the truth of the averment in Movant's paragraph nine and strict proof thereof is demanded.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief as Debtor will cure payments by the end of October.

Respectfully submitted,

Dated: October 9, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Debtor
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600 – Telephone
(570) 585-0313 - Facsimile
jspottesq@sheilslaw.com