IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| SEAN KRITZINGER | : |
| | : CASE NO. 5:17-00664 |
| Debtor | : |

## CERTIFICATE OF SERVICE

I, Phyllis Sheldon, do hereby certify that on October 13, 2017, I caused a true and correct copy of the 2nd Amended Chapter 13 Plan and Notice of Hearing and Objection Date to be served on the following parties by the method indicated:

<u>VIA CM/ECF:</u>

Office of the United States Trustee
ustpregion03.ha.ecf@usdoj.gov

See attached mailing list.

Dated: October 13, 2017

/s/ Phyllis Sheldon
Phyllis Sheldon
Sheils Law Associates, P.C.
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600; FAX (570) 585-0313

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:17-bk-00664-JJT<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Oct 12 15:55:05 EDT 2017 | Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360-2141 | New Penn Financial LLC d/b/a Shellpoint Mort<br>Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3400 |
| U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | ARS National Services Inc.<br>PO Box 469046<br>Escondido, CA 92046-9046 | Ashley Furniture<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| CCS<br>PO Box 96<br>Norwood, MA 02062-0096 | CITICARDS CBNA<br>IBS CDV Disputes<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Capital Mang. Services, L.P.<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MRS BPO, LLC<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003-2016 | National Enterprise Systems<br>2479 Edison Blvd., Unit A<br>Twinsburg, OH 44087-2476 | New Penn Financial, LLC<br>d/b/a Shellpoint Mortgage Servicing<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 | PNC Bank, N.A.<br>PO Box 5570<br>Locator BR-YB58-01-5<br>Cleveland, OH 44101-0570 |
| Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 | Shellpoint Mortgage Service<br>f/k/a New Penn Financial LLC<br>55 Beattie Pl., Ste 110<br>Greenville, SC 29601-5115 | Shellpoint Mortgage Servicing<br>PO Box 1410<br>Troy, MI 48099-1410 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Toyota Financial Services<br>Credit Dispute Research<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 | Toyota Motor Credit Corp<br>240 Gibraltar Road, Ste. 19044<br>Horsham, PA 19044-2387 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | United Concordia<br>PO Box 69420<br>Harrisburg, PA 17106-9420 | Sean Conrad Kritzinger<br>270 Sand Ridge Road<br>New Bern, NC 28560-9626 |
| Universal Card/CitiBank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | |