**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SEAN KRITZINGER | : | CASE NO.: 5:17-00664 |
| Debtor | : | |
| | : | |
| SEAN KRITZINGER | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| CHARLES J. DEHART, III, ESQUIRE | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION

**AND NOW**, this 20th day of November, 2017, I, Jill M. Spott, Esquire, Attorney for

Chapter 7 Trustee, hereby certify that no objections were filed to the Debtor's Motion to Incur

Debt/Obtain Credit.

/s/  Jill M. Spott
Jill M. Spott, Esquire
Supreme Court ID: 88640
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600
(570) 585-0313
jspottesq@sheilslaw.com