IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sean Conrad Kritzinger | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Toyota Motor Credit Corporation | : | NO. 17-00664 JJT |
| Moving Party | : | |
| | : | |
| vs. | : | |
| | : | |
| Sean Conrad Kritzinger | : | |
| Debtor | : | |
| | : | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esq. | : | |
| Trustee | : | |

**PRAECIPE WITHDRAWING OBJECTION
TO MOTION OF TOYOTA MOTOR CREDIT CORPORATION
FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Sean Conrad Kritzinger, Debtor, by and through his attorneys, Sheils Law Associates, P.C., hereby requests that the Objection to Toyota Motor Credit Corporation's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: November 28, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Debtor
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com