```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                Case No. 17-00664-JJT
Sean Conrad Kritzinger                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: AGarner          Page 1 of 1          Date Rcvd: Nov 28, 2017
                            Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db              +Sean Conrad Kritzinger,   270 Sand Ridge Road,   New Bern, NC 28560-9626
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jill M. Spott    on behalf of Debtor 1 Sean Conrad Kritzinger jspottesq@sheilslaw.com,
           psheldon@sheilslaw.com
          Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                    TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | |
| | : | | |
| SEAN KRITZINGER | : | CASE NO.: 5:17-00664 | |
| Debtor | : | | |
| | : | | |
| SEAN KRITZINGER | : | | |
| Movants | : | | |
| vs. | : | | |
| | : | | |
| CHARLES J. DEHART, III, ESQUIRE | : | | |
| CHAPTER 13 TRUSTEE, | : | | |
| Respondent | : | | |

### ORDER

UPON CONSIDERATION of the Debtor's Motion to Incur Debt, it is hereby

ORDERED that the Debtor is granted permission to incur debt by obtaining a vehicle

loan from CARMAX for the purpose of purchasing a used vehicle pursuant to the terms and

conditions as set forth in Debtor's Motion.


Dated: November 28, 2017


By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)