IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| SEAN KRITZINGER | : |
| | : CASE NO. 5:17-00664 |
| Debtor | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Phyllis Sheldon, do hereby certify that on February 6, 2018, I caused a true and correct copy of the 3rd Amended Chapter 13 Plan and Notice of Hearing and Objection Date to be served on the following parties by the method indicated:

VIA CM/ECF:

Office of the United States Trustee
ustpregion03.ha.ecf@usdoj.gov

See attached mailing list.

Dated: February 6, 2018

/s/ Phyllis Sheldon
Phyllis Sheldon
Sheils Law Associates, P.C.
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600; FAX (570) 585-0313

Label Matrix for local noticing
0314-5
Case 5:17-bk-00664-JJT
Middle District of Pennsylvania
Wilkes-Barre
Mon Feb  5 16:14:38 EST 2018

ARS National Services Inc.
PO Box 469046
Escondido, CA 92046-9046

Ashley Furniture
PO Box 965036
Orlando, FL 32896-5036

CCS
PO Box 96
Norwood, MA 02062-0096

CITICARDS CBNA
IBS CDV Disputes
PO Box 6241
Sioux Falls, SD 57117-6241

Capital Mang. Services, L.P.
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Chase
PO Box 15298
Wilmington, DE 19850-5298

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Sean Conrad Kritzinger
270 Sand Ridge Road
New Bern, NC 28560-9626

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003-2016

William Edward Miller
Stern & Eisenberg, P.C.
1581 Main Street
Suite 200
Warrington, PA 18976-3400

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360-2141

National Enterprise Systems
2479 Edison Blvd., Unit A
Twinsburg, OH 44087-2476

New Penn Financial LLC d/b/a Shellpoint Mort
Stern & Eisenberg, PC
1581 Main Street
Suite 200
Warrington, PA 18976-3400

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

PNC Bank
PO Box 3180
Pittsburgh, PA 15230-3180

PNC Bank, N.A.
PO Box 5570
Locator BR-YB58-01-5
Cleveland, OH 44101-0570

Jim Peavler
10th Floor, Strawberry Square
Harrisburg, PA 17128-0001

Pennsylvania Department of Revenue
Bankruptcy division, P O Box 280946
Harrisburg P A 17128-0946

Shellpoint Mortgage Service
f/k/a New Penn Financial LLC
55 Beattie Pl., Ste 110
Greenville, SC 29601-5115

Shellpoint Mortgage Servicing
PO Box 1410
Troy, MI 48099-1410

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Toyota Financial Services
Credit Dispute Research
PO Box 9786
Cedar Rapids, IA 52409-0004

Toyota Motor Credit Corp
240 Gibraltar Road, Ste. 19044
Horsham, PA 19044-2387

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

United Concordia
PO Box 69420
Harrisburg, PA 17106-9420

Universal Card/CitiBank  
PO Box 6241  
Sioux Falls, SD 57117-6241

James Warmbrodt  
701 Market Street Suite 5000  
Philadephia, PA 19106-1541