```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00664-JJT
Sean Conrad Kritzinger                                              Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: AGarner              Page 1 of 2        Date Rcvd: Dec 13, 2018
                            Form ID: ordsmiss          Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db           +Sean Conrad Kritzinger,    270 Sand Ridge Road,    New Bern, NC 28560-9626
cr           +New Penn Financial LLC d/b/a Shellpoint Mortgage S,    Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,    Warrington, PA 18976-3403
4887096      +Capital Mang. Services, L.P.,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
4887101      +MRS BPO, LLC,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4887102      +National Enterprise Systems,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
4895630      +New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,
               c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
4925744      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4887103      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
4887104       PNC Bank, N.A.,    PO Box 5570,    Locator BR-YB58-01-5,    Cleveland, OH 44101-0570
4887105      +Shellpoint Mortgage Service,    f/k/a New Penn Financial LLC,    55 Beattie Pl., Ste 110,
               Greenville, SC 29601-5115
4887106       Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
4918711      +Toyota Motor Credit Corporation,    c/o Becket & Lee LLP,    PO Box 3002,
               Malvern, PA 19355-0702
4887109      +United Concordia,    PO Box 69420,    Harrisburg, PA 17106-9420
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4887094      +EDI: ARSN.COM Dec 14 2018 00:30:00      ARS National Services Inc.,    PO Box 469046,
               Escondido, CA 92046-9046
4887095       EDI: RMSC.COM Dec 14 2018 00:34:00      Ashley Furniture,    PO Box 965036,
               Orlando, FL 32896-5036
4887097       EDI: CCS.COM Dec 14 2018 00:29:00      CCS,    PO Box 96,    Norwood, MA 02062-0096
4887099       EDI: CITICORP.COM Dec 14 2018 00:33:00      CITICARDS CBNA,    IBS CDV Disputes,    PO Box 6241,
               Sioux Falls, SD 57117-6241
4887098      +EDI: CHASE.COM Dec 14 2018 00:32:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
4887100       EDI: IRS.COM Dec 14 2018 00:34:00      IRS,    Dept. of the Treasury,    PO Box 9052,
               Andover, MA 01810-9052
4911944       EDI: RESURGENT.COM Dec 14 2018 00:33:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4907514      +E-mail/Text: MKnitter@monroecountypa.gov Dec 13 2018 19:19:46
               Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4907234       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 19:19:37
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
4936196      +EDI: RMSC.COM Dec 14 2018 00:34:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
4887107       EDI: TFSR.COM Dec 14 2018 00:23:00      Toyota Financial Services,    Credit Dispute Research,
               PO Box 9786,    Cedar Rapids, IA 52409-0004
4887108      +EDI: TFSR.COM Dec 14 2018 00:23:00      Toyota Motor Credit Corp,
               240 Gibraltar Road, Ste. 19044,    Horsham, PA 19044-2387
4887110      +EDI: CITICORP.COM Dec 14 2018 00:33:00      Universal Card/CitiBank,    PO Box 6241,
               Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,
               Malvern, PA 19355-0702
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jill M. Spott    on behalf of Debtor 1 Sean Conrad Kritzinger jspottesq@sheilslaw.com,
           psheldon@sheilslaw.com
          Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sean Conrad Kritzinger,    Chapter    13

**Debtor 1**

Case No.    5:17–bk–00664–JJT

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: December 13, 2018    By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

ordsmiss (05/18)